**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SEAN CRONICAN,** | ) | **CASE NO. 1:25CV638** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On April 1, 2025, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g).  (ECF DKT  #1).  The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong pursuant to Local Rule 72.2.  On December 22, 2025, the Magistrate Judge recommended the Court reverse the Commissioner's decision which determined that Plaintiff is not disabled.  No objections have been filed.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service.  FED. R. CIV. P. 72(b). Defendant has failed to timely file any such objections.  Therefore, the Court must assume that Defendant is satisfied with the Magistrate Judge's recommendation.  Any further review by this

Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Armstrong's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **DENIED**.   The case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: March 5, 2026**